**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Corbett-Frame, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA Corbett-Frame Jewelers** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **61-1181430** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **369 West Vine St.** **Lexington, KY 40507** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Fayette** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor  **Corbett-Frame, Inc.**  Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

　　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **Corbett-Frame, Inc.** _____ Case number (*if known*)_____
     Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Corbett-Frame, Inc.** _____  Case number (*if known*)_____
     Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August  9, 2017**
             MM / DD / YYYY

**X /s/ Jennifer Lykins**        **Jennifer Lykins**
Signature of authorized representative of debtor        Printed name

Title  **President**

**18. Signature of attorney**

**X /s/ Jamie L. Harris**        Date **August  9, 2017**
Signature of attorney for debtor        MM / DD / YYYY

**Jamie L. Harris**
Printed name

**DelCotto Law Group PLLC**
Firm name

**200 North Upper St.**
**Lexington, KY 40507**
Number, Street, City, State & ZIP Code

Contact phone  **(859) 231-5800**        Email address _____

**KY Bar No. 91387**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Corbett-Frame, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF KENTUCKY

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 9, 2017**      **X /s/ Jennifer Lykins**
Signature of individual signing on behalf of debtor

**Jennifer Lykins**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Corbett-Frame, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF KENTUCKY**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express** P O Box 981535 El Paso, TX 79998 | | credit card | | | | $10,062.14 |
| **Chase Bank** P O Box 1423 Charlotte, NC 28201 | | business credit cards (3) (a/c #0168; 6384;21554) | | | | $43,783.81 |
| **Crestview Financial dba In Advance Working Capital Now** 1450 Broadway Suite 802 New York, NY 10018 | | cash advance loan | | $140,000.00 | $0.00 | $140,000.00 |
| **Fox Capital Group Inc.** 140 Broadway 46th Floor New York, NY 10005 | | cash advance loan - preference | | | | $87,000.00 |
| **Gumuchian-Flis** 16 East 55nd St. New York, NY 10017 | | trade debt | | | | $9,280.00 |
| **High Speed Capital LLC** 30 Broad Street 14th Floor New York, NY 10004 | | cash advance loan - preference | | | | $68,000.00 |
| **Hilton Hotel** 369 West Vine St. Lexington, KY 40507 | | trade debt | | | | $7,500.00 |
| **Janel Shell** 2906 Park Lake Dr. Bradenton, FL 34209 | | loan | | | | $176,000.00 |
| **John and Anne Weichel** 4722 Pinnacle Dr. Bradenton, FL 34208 | | loan | | | | $25,000.00 |

Debtor **Corbett-Frame, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **King Family Trust**<br>214 College St.<br>Barbourville, KY 40906 | | loan | | | | $100,000.00 |
| **Mastoloni**<br>415 Madison Ave.<br>22nd Floor<br>New York, NY 10017 | | trade debt | | | | $5,333.83 |
| **Merchant Cash and Capital dba Bizfi**<br>460 Park Avenue South<br>10th Floor<br>New York, NY 10016 | | cash advance loan | | $200,000.00 | $0.00 | $200,000.00 |
| **Pete and Bonnie Sobel**<br>306 Lindleigh Dr.<br>Nicholasville, KY 40356 | | loan | | | | $50,000.00 |
| **Richard Barbello**<br>3059 Clair Rd.<br>Lexington, KY 40502 | | loan | | | | $265,000.00 |
| **Richard Johnson**<br>3200 Todds Rd.<br>Apt. 1213<br>Lexington, KY 40509 | | loan | | | | $20,000.00 |
| **Royal Pearl Company**<br>17 North Wabash<br>Suite 420<br>Chicago, IL 60602 | | trade debt | | | | $7,085.87 |
| **Stuller**<br>P O Box 8777<br>Lafayette, LA 70598 | | trade debt | | | | $13,214.31 |
| **Susan Lykins**<br>265-B Fontaine Circle<br>Lexington, KY 40502 | | loan | | | | $33,000.00 |
| **US Bank, N.A.**<br>9918 Hibert St.<br>2nd Floor<br>San Diego, CA 92131 | | credit card | | | | $11,323.52 |
| **US Bank, N.A.**<br>9918 Hibert St.<br>2nd Floor<br>San Diego, CA 92131 | | credit line | | $136,717.08 | $0.00 | $136,717.08 |

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **Corbett-Frame, Inc.**                                                                   Case No.
                                          Debtor(s)                                              Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jennifer Lykins**<br>**225 Henry Clay Blvd.**<br>**Lexington, KY 40502** | **President** | **51%** | **Member** |
| **Michael Lykins**<br>**225 Henry Clay Blvd.**<br>**Lexington, KY 40502** | **Vice President** | **49%** | **Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 9, 2017**                              Signature  **/s/ Jennifer Lykins**
                                                                 **Jennifer Lykins**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Kentucky

In re  **Corbett-Frame, Inc.** 	Case No.
	Debtor(s)	Chapter  **11**

# VERIFICATION OF MAILING LIST MATRIX

I, the President of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of **3** page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:  **August 9, 2017**	/s/ Jennifer Lykins
	**Jennifer Lykins**/**President**
	Signer/Title

I, **Jamie L. Harris**, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of **3** page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:  **August 9, 2017**	/s/ Jamie L. Harris
	Signature of Attorney
	**Jamie L. Harris**
	**DelCotto Law Group PLLC**
	**200 North Upper St.**
	**Lexington, KY 40507**
	**(859) 231-5800   Fax: (859) 281-1179**

```
American Express
P O Box 981535
El Paso TX 79998


Chase Bank
P O Box 1423
Charlotte NC 28201


Church and Co.
2121 Whitesville Rd.
Toms River NJ 08755


Corporation Service Company,
as Representative
P O Box 2576
Springfield IL 62708


Crestview Financial
dba In Advance Working Capital Now
1450 Broadway
Suite 802
New York NY 10018


David Yurman Enterprises LLC
24 Vestry Street
New York NY 10013


Fox Capital Group Inc.
140 Broadway
46th Floor
New York NY 10005


Gumuchian-Flis
16 East 55nd St.
New York NY 10017


Harry Cohen
842 McMeekin Place
Lexington KY 40503


High Speed Capital LLC
30 Broad Street
14th Floor
New York NY 10004
```

Hilton Hotel
369 West Vine St.
Lexington KY 40507

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Janel Shell
2906 Park Lake Dr.
Bradenton FL 34209

John and Anne Weichel
4722 Pinnacle Dr.
Bradenton FL 34208

King Family Trust
214 College St.
Barbourville KY 40906

KY Dept. of Revenue
Legal Branch - Bankruptcy Section
P. O. Box 5222
Frankfort KY 40602

Mastoloni
415 Madison Ave.
22nd Floor
New York NY 10017

Merchant Cash and Capital dba Bizfi
460 Park Avenue South
10th Floor
New York NY 10016

Pete and Bonnie Sobel
306 Lindleigh Dr.
Nicholasville KY 40356

Ralph Currie
2920 Sweet William Court
Lexington KY 40502

Richard Barbello
3059 Clair Rd.
Lexington KY 40502


Richard Johnson
3200 Todds Rd.
Apt. 1213
Lexington KY 40509


Royal Pearl Company
17 North Wabash
Suite 420
Chicago IL 60602


Stuller
P O Box 8777
Lafayette LA 70598


Susan Lykins
265-B Fontaine Circle
Lexington KY 40502


Tyco
P O Box 371967
Pittsburgh PA 15250


US Bank, N.A.
9918 Hibert St.
2nd Floor
San Diego CA 92131

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **Corbett-Frame, Inc.**                                                                  Case No.
                                          Debtor(s)                                              Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Corbett-Frame, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August  9, 2017**                                            **/s/ Jamie L. Harris**
Date                                                           **Jamie L. Harris**
                                                               Signature of Attorney or Litigant
                                                               Counsel for  **Corbett-Frame, Inc.**
                                                               **DelCotto Law Group PLLC**
                                                               **200 North Upper St.**
                                                               **Lexington, KY 40507**
                                                               **(859) 231-5800 Fax:(859) 281-1179**