# Exhibit B

# DelCotto Law Group PLLC

**Attorneys at Law**
**200 North Upper Street**
**Lexington, KY 40507**
**I.D. #30-0198330**

December 5, 2017

Jennifer Lykins
Corbett-Frame, Inc.
369 W. Vine Street
Lexington, KY 40507

Inv. No: 15145
Matter: Corbett-Frame, Inc. Postpetition
File No: 3601.2 CH 11 FA

| Date | TMKR | Description | Hours | Amount |
|---|---|---|---|---|
| | | | | |

**Asset Disposition**

| Date | TMKR | Description | Hours | Amount |
|---|---|---|---|---|
| 8/11/2017 | JLH | Email to J. Corbett re liquidator inquiry; telephone call from liquidator | 0.20 | $55.00 |
| 8/24/2017 | JLH | Review email correspondence re C. Frey re assets | 0.10 | $27.50 |
| 8/25/2017 | JLH | Telephone call to client re sale issues | 0.10 | $27.50 |
| 9/27/2017 | JLH | Attention to plan confirmation and sale issues | 0.40 | $110.00 |
| 9/28/2017 | JLH | Email to J. Lykins re monetize insurance policy | 0.10 | $27.50 |
| 9/29/2017 | JLH | Email to client re lease assumption issues | 0.10 | $27.50 |
| 10/02/2017 | JLH | Email to client re lease renewal | 0.10 | $27.50 |
| 10/05/2017 | JLH | Emails to J. Lykins re investors | 0.10 | $27.50 |
| 10/24/2017 | JLH | Telephone call from J. Corbett re lease; attention to lease assumption issues | 0.40 | $110.00 |
| 11/17/2017 | JLH | Email to client re lease; attn to lease assumption deadline | 0.20 | $55.00 |
| 11/21/2017 | JLH | Attention to lease assumption motion | 0.30 | $82.50 |
| 11/21/2017 | PL | Drafting of motion to assume lease agreement and proposed order; review lease documents; email to client re original lease | 1.20 | $180.00 |
| 11/26/2017 | JLH | Email to client re lease | 0.10 | $27.50 |
| 11/28/2017 | JLH | Attention to case exit strategy sale/confirmation issues | 0.40 | $110.00 |
| 11/29/2017 | JLH | Research re lease issues prompt cure/adequate | 2.70 | $742.50 |

assurance; work on lease assumption motion/order

| | | | | | |
|---|---|---|---|---|---|
| 11/30/2017 | JLH | Revise/update lease motion order | | 0.40 | $110.00 |
| 12/01/2017 | PL | Revise motion to assume lease and proposed order; update electronic correspondence re filings, lease | | 0.50 | $75.00 |
| 12/04/2017 | JLH | Review/edit final motion/order to assume lease | | 0.30 | $82.50 |
| 12/04/2017 | PL | Finalize and file motion to assume lease and order; serve pleadings; docket hearing | | 0.40 | $60.00 |
| | Sub Total: Asset Disposition | | | | $1,965.00 |

**Business Operations**

| | | | | | |
|---|---|---|---|---|---|
| 8/14/2017 | PL | Review client documents; prepare notice of compliance; email to client regarding documents needed; redact tax returns; revise notice; finalize and file notice of compliance | | 1.20 | $180.00 |
| 8/15/2017 | JLH | Review insurance information | | 0.10 | $27.50 |
| 8/22/2017 | JLH | Email to client re DIP account | | 0.10 | $27.50 |
| 9/08/2017 | JLH | Email to L. Anderson re insurance | | 0.10 | $27.50 |
| 9/19/2017 | JLH | Review email correspondence re inventory/sales | | 0.10 | $27.50 |
| 10/17/2017 | JLH | Emails to/from client re status operations | | 0.20 | $55.00 |
| 10/22/2017 | JLH | Email to J. Lykins re DIP account transaction | | 0.10 | $27.50 |
| 10/31/2017 | JLH | Email to J. Lykins re lease | | 0.10 | $27.50 |
| 10/31/2017 | JLH | Email to client re cap/limit orders | | 0.10 | $27.50 |
| 11/02/2017 | JLH | Email to J. Corbett re D. Yurman special orders | | 0.10 | $27.50 |
| 11/03/2017 | JLH | Emails to client and E. Thompson re payment on special orders | | 0.20 | $55.00 |
| 11/06/2017 | JLH | Email to client re special orders | | 0.10 | $27.50 |
| 11/15/2017 | JLH | Email to client re special orders | | 0.10 | $27.50 |
| 11/28/2017 | JLH | Attention to lease assumption motion/order issues | | 0.30 | $82.50 |
| | Sub Total: Business Operations | | | | $647.50 |

**Case Administration**

| | | | | | |
|---|---|---|---|---|---|
| 8/10/2017 | JLH | Review/edit first day motions/orders | | 2.70 | $742.50 |

| | | | | |
|---|---|---|---|---|
| 8/10/2017 | PL | Drafting of first day motions, notices, budget; revise and finalize pleadings; emails to/from client re budget; filing of first day motions and service of same; docket hearing; filing of notice re lien perfection | 4.80 | $720.00 |
| 8/11/2017 | JLH | Telephone call from unsecured creditor re inquiry status | 0.10 | $27.50 |
| 8/11/2017 | JLH | Email to client re first day hearings | 0.10 | $27.50 |
| 8/11/2017 | PL | Drafting of letter to client regarding status and meeting of creditors; review filings; docket dates and deadlines; email to client re 341 meeting and schedules status; instruct preparation of hearing notebook | 1.00 | $150.00 |
| 8/13/2017 | JLH | Prepare for first day motions | 0.40 | $110.00 |
| 8/14/2017 | JLH | Telephone call from creditor re King Family Trust | 0.10 | $27.50 |
| 8/14/2017 | JLH | Review § 1116 compliance notice and related documents | 0.70 | $192.50 |
| 8/14/2017 | JLH | Email to client re IDI | 0.10 | $27.50 |
| 8/14/2017 | PL | Review filings, update service list | 0.10 | $15.00 |
| 8/15/2017 | JLH | Review/sign COS on first day orders | 0.10 | $27.50 |
| 8/15/2017 | JLH | Email to client re IDI | 0.10 | $27.50 |
| 8/15/2017 | PL | Review filings; serve orders related to first day motions; prepare consolidated certificate of service of orders; email IRS POC to client; maintenance of electronic documents; file consolidated certificate of service | 0.80 | $120.00 |
| 8/16/2017 | JLH | Email to J. Wright re IDI | 0.10 | $27.50 |
| 8/16/2017 | JLH | Review/edit schedules extension | 0.20 | $55.00 |
| 8/16/2017 | JLH | Attention to tax inquiry from client | 0.10 | $27.50 |
| 8/16/2017 | PL | Drafting of motion to extend time to file schedules and proposed order; filing of motion and order; docket initial debtor interview | 0.60 | $90.00 |
| 8/18/2017 | JLH | Review/sign fee disclosure | 0.10 | $27.50 |
| 8/18/2017 | PL | Emails to client regarding information needed to complete preparation of petition, order extending time, and SOFA; review email from client and add creditor to schedule F; respond to emails from client; prepare and file disclosure of fees; prepare first draft of schedule H, email same to client for review and corrections | 1.20 | $180.00 |
| 8/21/2017 | JLH | Prepare for IDI | 0.30 | $82.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 8/21/2017 | JLH | Emails to client and J. Wright re IDI | 0.20 | $55.00 |
| 8/22/2017 | JLH | Meet with client prior to IDI; attend IDI meeting | 1.70 | $467.50 |
| 8/22/2017 | JLH | Email to client re July monthly operating report | 0.10 | $27.50 |
| 8/22/2017 | PL | Email to client re POC filed, status of schedules; emails to/from client re SOFA questions | 0.40 | $60.00 |
| 8/23/2017 | JLH | Attention to schedules info. | 0.20 | $55.00 |
| 8/24/2017 | JLH | Email to R. Dodson re schedules address correction; attn to schedules issues | 0.20 | $55.00 |
| 8/24/2017 | PL | Work on schedules and SOFA; emails to/from client re same; email draft to client for review | 2.20 | $330.00 |
| 8/25/2017 | JLH | Attention to schedules prep info | 0.30 | $82.50 |
| 8/25/2017 | JLH | Review initial draft schedules | 0.30 | $82.50 |
| 8/25/2017 | PL | Review and maintenance of electronic documents | 0.30 | $45.00 |
| 8/25/2017 | PL | Emails to/from client and J. Harris re schedule preparation; continued work on schedules | 1.80 | $270.00 |
| 8/28/2017 | JLH | Review/edit schedules | 0.60 | $165.00 |
| 8/28/2017 | PL | Email to clients regarding remaining deficiencies for SOFA and schedules; review emails from J. Harris re petition review; review filings | 0.30 | $45.00 |
| 8/29/2017 | JLH | Review schedules information | 0.30 | $82.50 |
| 8/29/2017 | PL | Review and maintenance of new documents from client; continued work on schedules and SOFA; emails to/from client re deficiencies; prepare exhibits to SOFA; prepare certificate of serviced of order; revise mailing labels for all creditors list | 3.20 | $480.00 |
| 8/30/2017 | JLH | Review/edit final of schedules; meet w/ J. Corbett re schedules completion; conference w/paralegal re edits | 1.50 | $412.50 |
| 8/30/2017 | PL | Review email from client, revise schedule D | 0.20 | $30.00 |
| 8/30/2017 | TC | Edit and prepare schedules for filing; prepare amended matrix; filing of same | 2.00 | $300.00 |
| 9/01/2017 | PL | Revise and update all creditors labels | 0.10 | $15.00 |
| 9/05/2017 | JLH | Review amended matrix | 0.10 | $27.50 |
| 9/05/2017 | PL | Review and revise amendments to matrix | 0.30 | $45.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 9/05/2017 | TC | Drafting of amendment to matrix | 0.80 | $120.00 |
| 9/06/2017 | PL | Finalize and file amendments to matrix | 0.20 | $30.00 |
| 9/07/2017 | JLH | Attention to amendments | 0.20 | $55.00 |
| 9/08/2017 | PL | Docket deadlines to file plan and assume leases | 0.10 | $15.00 |
| 9/11/2017 | JLH | Email to client re tax inquiry | 0.10 | $27.50 |
| 9/12/2017 | JLH | Email to client re monthly report | 0.10 | $27.50 |
| 9/12/2017 | JLH | Review/edit draft amendment | 0.10 | $27.50 |
| 9/12/2017 | PL | Email to client requesting information needed for amendments to schedules; begin drafting amendments; review Yurman agreement | 0.80 | $120.00 |
| 9/13/2017 | JLH | Email to accountant re inquiry on tax return from U.S.Trustee | 0.10 | $27.50 |
| 9/13/2017 | JLH | Email to client re August monthly operating report | 0.10 | $27.50 |
| 9/14/2017 | JLH | Attention to amendment | 0.10 | $27.50 |
| 9/14/2017 | JLH | Review August monthly operating report; attention to client questions re same | 0.50 | $137.50 |
| 9/14/2017 | PL | Review emails from client regarding preparation of operating report; maintenance of electronic documents; emails to/from client re operating report; prepare certificate of service of operating report | 0.50 | $75.00 |
| 9/15/2017 | JLH | Attention to August monthly operating report | 0.20 | $55.00 |
| 9/15/2017 | JLH | Attention to status amendments | 0.20 | $55.00 |
| 9/15/2017 | PL | Revise amendments to schedules and August monthly operating report certificate of service; emails to client regarding information still needed; maintenance of electronic documents | 0.40 | $60.00 |
| 9/18/2017 | JLH | Attention to August monthly operating report issues | 0.10 | $27.50 |
| 9/19/2017 | JLH | Attention to August monthly operating report issues | 0.10 | $27.50 |
| 9/19/2017 | PL | Email to client regarding revisions needed to operating report | 0.10 | $15.00 |
| 9/20/2017 | JLH | Review amendment final | 0.10 | $27.50 |
| 9/20/2017 | PL | Emails/to from client re August monthly operating report and amendments; finalize amendments to schedules, review attachments; conferences with J. Harris re | 0.90 | $135.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | amendments; receipt of revised August monthly operating report; maintenance of electronic documents; review monthly operating report draft | | | |
| 9/21/2017 | JLH | Review revised August monthly operating report | 0.20 | $55.00 |
| 9/21/2017 | PL | Finalize exhibit re draws; file amendments to schedules and attachments; email to client re list of deposits; finalize monthly operating report and redact bank statements; filing of monthly report; email copy of filed report to client | 0.90 | $135.00 |
| 9/22/2017 | PL | Review court notice; refile amendments to schedules with certificate of service; email same to client | 0.30 | $45.00 |
| 10/09/2017 | PL | Update case docket | 0.10 | $15.00 |
| 10/20/2017 | JLH | Review September monthly operating report | 0.30 | $82.50 |
| 10/20/2017 | PL | Review monthly operating report; redact information; finalize September report | 0.40 | $60.00 |
| 10/20/2017 | PL | Begin draft of agreed order | 0.20 | $30.00 |
| 10/23/2017 | PL | Filing of September operating report; email copy to client | 0.20 | $30.00 |
| 11/08/2017 | JLH | Review email correspondence re U.S. Trustee inquiry on draws; email to R. Dodson re same | 0.20 | $55.00 |
| 11/20/2017 | JLH | Review October monthly operating report | 0.30 | $82.50 |
| 11/20/2017 | PL | Review and finalize October monthly operating report | 0.50 | $75.00 |
| 11/21/2017 | PL | Filing of October operating report; email copy to client | 0.20 | $30.00 |
| | Sub Total: Case Administration | | | $7,652.50 |

**Claims Administration and Objections**

| | | | | |
|---|---|---|---|---|
| 8/16/2017 | JLH | Email to client re debt | 0.10 | $27.50 |
| 8/17/2017 | JLH | Telephone call from Afrin re inventory/claim | 0.20 | $55.00 |
| 8/17/2017 | JLH | Telephone call to client re creditor info | 0.10 | $27.50 |
| 8/17/2017 | JLH | Review promissory notes | 0.40 | $110.00 |
| 8/17/2017 | JLH | Review tax POCs | 0.20 | $55.00 |
| 8/17/2017 | JLH | Review IRS correspondence; email to client re same | 0.20 | $55.00 |
| 8/22/2017 | JLH | Review trust POC; email to client re same | 0.20 | $55.00 |
| 8/23/2017 | JLH | Email to client re default notice from US Bank; review | 0.10 | $27.50 |

| | | notice | | |
|---|---|---|---|---|
| 8/23/2017 | JLH | Email US Bank credit statement to E. Cowles; review statement | 0.10 | $27.50 |
| 8/23/2017 | JLH | Telephone call to A. Gottlieb re filing/claim info; email from A. Gottlieb re same | 0.20 | $55.00 |
| 8/24/2017 | JLH | Telephone call from IRS; email to client re return | 0.20 | $55.00 |
| 8/24/2017 | JLH | Email to M. Lykins re IRS | 0.10 | $27.50 |
| 8/25/2017 | JLH | Review Tyco POC | 0.10 | $27.50 |
| 8/25/2017 | JLH | Telephone call from Church & Coe re inquiry status | 0.10 | $27.50 |
| 8/25/2017 | JLH | Email to A. Grasch; review promissory notes | 0.30 | $82.50 |
| 9/01/2017 | JLH | Telephone call from C. Colson re guarantor issues | 0.10 | $27.50 |
| 9/12/2017 | JLH | Review amended POC of IRS | 0.10 | $27.50 |
| 9/14/2017 | JLH | Review Gottlieb and Sons POC | 0.10 | $27.50 |
| 9/22/2017 | JLH | Emails to J. Lykins/ US Bank counsel re US Bank payment | 0.20 | $55.00 |
| 10/17/2017 | JLH | Emails to A. Stephens re claim status | 0.20 | $55.00 |
| 10/17/2017 | JLH | Email to client re InAdvance claim | 0.10 | $27.50 |
| 10/18/2017 | JLH | Email to client re InAdvance claim | 0.10 | $27.50 |
| 10/19/2017 | JLH | Review D. Yurman proposal; email to E. Thompson re same | 0.20 | $55.00 |
| 10/19/2017 | JLH | Emails to E. Cowles and E. Thompson re D. Yurman claim | 0.30 | $82.50 |
| 10/23/2017 | JLH | Emails to J. Lykins re prepetition claim issues | 0.20 | $55.00 |
| 10/24/2017 | JLH | Telephone call from Pearl Company creditor | 0.10 | $27.50 |
| 10/30/2017 | JLH | Emails to D. Yurman counsel and client re special orders | 0.20 | $55.00 |
| 10/31/2017 | JLH | Emails to/from client re D. Yurman | 0.10 | $27.50 |
| 11/01/2017 | JLH | Telephone call to E. Thompson re D. Yurman issues | 0.10 | $27.50 |
| 11/02/2017 | JLH | Telephone call from J. Lykins re D. Yurman issues; emails to J. Lykins re same | 0.30 | $82.50 |
| 11/09/2017 | JLH | Emails to client re David Yurman | 0.20 | $55.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/09/2017 | JLH | Email to client re taxes | 0.10 | $27.50 |
| 11/09/2017 | PL | Review IRS proofs of claim filed, forward same to client; respond to client email re check not cleared; begin preparing chart of claims filed, review schedules, claims | 0.80 | $120.00 |
| 11/09/2017 | JLH | Review IRS POCs | 0.20 | $55.00 |
| 11/13/2017 | JLH | Telephone call from C. Turner re D. Yurman payment | 0.10 | $27.50 |
| 11/15/2017 | JLH | Review IRS correspondence; email to client re same | 0.20 | $55.00 |
| 11/20/2017 | JLH | Email to client re IRS claim; telephone call to M. Little re claim | 0.30 | $82.50 |
| 11/20/2017 | PL | Emails to/from client re IRS checks/status; maintenance of electronic documents re checks | 0.20 | $30.00 |
| 11/21/2017 | JLH | Review amended IRS POC | 0.10 | $27.50 |
| 11/21/2017 | PL | Review amended claim filed by the IRS; forward claim to client | 0.10 | $15.00 |
| 11/28/2017 | JLH | Telephone call to (left message for) A. Guilano re BizFi | 0.10 | $27.50 |
| | | Sub Total: Claims Administration and Objections | | $1,897.50 |

**Employee Benefits/Pensions**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 8/10/2017 | HT | Drafting of prepetition wage motion | 0.30 | $52.50 |
| 9/14/2017 | JLH | Review accountant list of draws | 0.10 | $27.50 |
| 9/15/2017 | JLH | Email to client re back wages | 0.10 | $27.50 |
| 9/20/2017 | JLH | Email to client re wages | 0.10 | $27.50 |
| | | Sub Total: Employee Benefits/Pensions | | $135.00 |

**Fee/Employment Applications**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 8/14/2017 | PL | Tender interim order re employment | 0.10 | $15.00 |
| 8/17/2017 | JLH | Email to client re application to employ accountant | 0.10 | $27.50 |
| 8/21/2017 | JLH | Attention to accountant employment application | 0.10 | $27.50 |
| 8/21/2017 | PL | Drafting of application to employ accountant, affidavit and proposed order; emails to/from client re additional information needed | 1.00 | $150.00 |
| 8/21/2017 | PL | Review and maintenance of electronic documents re | 0.10 | $15.00 |

| | | accountant | | |
|---|---|---|---|---|
| 9/05/2017 | PL | Work on application to employ accountants, add information re hourly rates | 0.20 | $30.00 |
| 9/07/2017 | JLH | Attention to employment application for accountant | 0.20 | $55.00 |
| 9/08/2017 | JLH | Review/revise employment application pleadings; emails re same | 0.90 | $247.50 |
| 9/08/2017 | PL | Revise drafts of application to employ accountant, affidavit and order; email same to accountant and client for review and signature, along with creditor matrix; additional revision to pleadings; re-send to client and accountant | 0.70 | $105.00 |
| 9/11/2017 | JLH | Review executed accountant documents | 0.10 | $27.50 |
| 9/11/2017 | PL | Finalize and file application to employ accountants; serve pleadings; docket objection deadline | 0.40 | $60.00 |
| 10/04/2017 | JLH | Email to client re accountant retention approval | 0.10 | $27.50 |
| 10/05/2017 | JLH | Review/sign certificate of service on accountant order | 0.10 | $27.50 |
| 10/05/2017 | PL | Review order entered, serve order, prepare and file certificate of service of order | 0.30 | $45.00 |
| | | Sub Total: Fee/Employment Applications | | $860.00 |

**Financing**

| | | | | |
|---|---|---|---|---|
| 8/10/2017 | JLH | Emails/telephone call to client re budget/employee issues | 0.30 | $82.50 |
| 8/10/2017 | JLH | Review revised budget; emails to US Bank counsel | 0.20 | $55.00 |
| 8/11/2017 | JLH | Telephone call from client; telephone call from D. Yurman counsel; email to D. Yurman counsel; emails to US Bank counsel re cash collateral | 0.70 | $192.50 |
| 8/13/2017 | JLH | Review email correspondence from US Bank counsel | 0.10 | $27.50 |
| 8/14/2017 | JLH | Attendance at first day hearings/meet with client prior to hearing | 0.60 | $165.00 |
| 8/14/2017 | JLH | Email to client re budget | 0.10 | $27.50 |
| 8/15/2017 | JLH | Email to client re budget | 0.10 | $27.50 |
| 8/16/2017 | JLH | Telephone call to J. Lykins re budget; review budget | 0.20 | $55.00 |
| 8/16/2017 | PL | Revise cash collateral order | 0.20 | $30.00 |
| 8/17/2017 | JLH | Review revised budget; edit cash collateral order; email to E. Cowles re same | 0.50 | $137.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 8/22/2017 | JLH | Email to E. Cowles re agreed order cash collateral/credit card ; email to client re credit card agreement | 0.30 | $82.50 |
| 8/23/2017 | JLH | Email to D. Yurman counsel re cash collateral order | 0.10 | $27.50 |
| 8/25/2017 | JLH | Review email correspondence from E. Cowles re credit cards | 0.10 | $27.50 |
| 8/25/2017 | JLH | Email to E. Cowles re agreed order cash collateral | 0.10 | $27.50 |
| 8/25/2017 | PL | Finalize budgets; tender proposed order re interim use of cash collateral | 0.30 | $45.00 |
| 8/27/2017 | JLH | Email to E. Cowles re US Bank credit card | 0.10 | $27.50 |
| 8/28/2017 | PL | Serve order re interim use of cash collateral | 0.10 | $15.00 |
| 8/30/2017 | JLH | Email to E. Cowles re credit card | 0.10 | $27.50 |
| 9/01/2017 | JLH | Email to E. Cowles re credit card | 0.10 | $27.50 |
| 9/01/2017 | PL | Filing of certificate of service of interim cash collateral order | 0.10 | $15.00 |
| 9/10/2017 | JLH | Email to client re October budget | 0.10 | $27.50 |
| 9/14/2017 | JLH | Review October budget; email to E. Cowles re same | 0.20 | $55.00 |
| 9/15/2017 | PL | Drafting of motion to extend cash collateral use | 0.40 | $60.00 |
| 9/18/2017 | JLH | Email to client and US Bank counsel re budget issues | 0.20 | $55.00 |
| 9/19/2017 | JLH | Attention to cash collateral issues | 0.10 | $27.50 |
| 9/20/2017 | JLH | Email to E. Cowles re cash collateral agreed order; draft cash collateral agreed order | 0.50 | $137.50 |
| 9/21/2017 | JLH | Email to E. Cowles re cash collateral | 0.10 | $27.50 |
| 9/21/2017 | PL | Prepare exhibit; tender agreed order re cash collateral use and budget | 0.20 | $30.00 |
| 9/25/2017 | PL | Review order entered re cash collateral use; docket deadline; email order to client | 0.10 | $15.00 |
| 10/03/2017 | JLH | Email to J. Lykins re adequate protection payment | 0.10 | $27.50 |
| 10/10/2017 | JLH | Email to J. Lykins re budget | 0.10 | $27.50 |
| 10/19/2017 | JLH | Review November budget; email to client re same | 0.20 | $55.00 |
| 10/20/2017 | JLH | Attention to cash collateral/adequate protection issues | 0.20 | $55.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/24/2017 | JLH | Attention to D. Yurman cash collateral issues | 0.20 | $55.00 |
| 10/24/2017 | JLH | Work on motion/order extend cash collateral use (November) | 0.80 | $220.00 |
| 10/24/2017 | PL | Revise exhibit to cash collateral motion | 0.10 | $15.00 |
| 10/25/2017 | JLH | Edit cash collateral motion; email to J. Lykins re budget | 0.30 | $82.50 |
| 10/25/2017 | PL | Revise and work on exhibit for cash collateral motion | 0.20 | $30.00 |
| 10/26/2017 | JLH | Review revised budget; finalize cash collateral extension motion/order | 0.30 | $82.50 |
| 10/26/2017 | PL | Finalize and file motion to extend cash collateral use; serve pleading; docket objection deadline | 0.30 | $45.00 |
| 11/01/2017 | JLH | Emails to client/US Bank counsel re cash collateral issues | 0.30 | $82.50 |
| 11/03/2017 | JLH | Emails to client and E. Thompson re D. Yurman; edit amended motion/order re cash collateral use | 0.70 | $192.50 |
| 11/06/2017 | JLH | Review D. Yurman revisions to cash collateral order; email to E. Thompson re orders | 0.30 | $82.50 |
| 11/06/2017 | PL | Finalize cash collateral extension order | 0.20 | $30.00 |
| 11/07/2017 | JLH | Finalize amended cash collateral motion/order for November | 0.30 | $82.50 |
| 11/07/2017 | PL | Review and finalize emergency motion for cash collateral use, exhibit and proposed order; file motion and tender order; serve pleading; docket hearing | 0.70 | $105.00 |
| 11/09/2017 | JLH | Review/edit notice of withdrawal of motion | 0.10 | $27.50 |
| 11/09/2017 | PL | Prepare and file notice of withdrawal of cash collateral motion | 0.20 | $30.00 |
| 11/13/2017 | JLH | Review US Bank objection to cash collateral; emails to client re same | 0.40 | $110.00 |
| 11/13/2017 | JLH | Edit affidavit in support of cash collateral use; email to client re same | 0.40 | $110.00 |
| 11/13/2017 | PL | Drafting of J. Lykins' affidavit in support of motion to extend cash collateral use | 0.70 | $105.00 |
| 11/13/2017 | PL | Review filing; forward objection filed to client | 0.10 | $15.00 |
| 11/15/2017 | JLH | Review executed affidavit re cash collateral | 0.10 | $27.50 |

| | | | | |
|---|---|---|---|---|
| 11/15/2017 | JLH | Prepare for cash collateral hearing | 0.50 | $137.50 |
| 11/15/2017 | PL | Assist with hearing preparations | 0.10 | $15.00 |
| 11/15/2017 | PL | Review and maintenance of electronic documents; finalize and file affidavit in support of motion to extend cash collateral use | 0.20 | $30.00 |
| 11/16/2017 | JLH | Attendance at cash collateral hearing; email to client re same | 0.30 | $82.50 |
| 11/16/2017 | JLH | Email to client re December budget | 0.10 | $27.50 |
| 11/16/2017 | JLH | Work on motion/order extend cash collateral use (December) | 0.80 | $220.00 |
| 11/16/2017 | JLH | Review/sign COS on cash collateral order | 0.10 | $27.50 |
| 11/16/2017 | JLH | Review Judge minutes from hearing on cash collateral | 0.10 | $27.50 |
| 11/16/2017 | JLH | Email to client re D. Yurman order | 0.10 | $27.50 |
| 11/16/2017 | PL | Review filings, serve order re use of cash collateral; email order to client; prepare and file certificate of service | 0.40 | $60.00 |
| 11/27/2017 | JLH | Review/edit finalize cash collateral motion order (December) | 0.40 | $110.00 |
| 11/27/2017 | PL | Review, finalize and file motion to extend cash collateral use, exhibit and proposed order; serve pleading; docket objection deadline | 0.50 | $75.00 |
| 11/28/2017 | JLH | Review UCC-1s; attention to research re cash collateral issues re merchant cash advance lenders | 1.10 | $302.50 |
| | Sub Total: Financing | | | $4,395.00 |

**Meeting of Creditors**

| | | | | |
|---|---|---|---|---|
| 8/10/2017 | JLH | Email to client re 341 notice; review notice | 0.10 | $27.50 |
| 8/11/2017 | JLH | Review letter re 341 meeting to client | 0.10 | $27.50 |
| 8/23/2017 | JLH | Telephone call from M. Rosenberg's office; email to client re same re extension litigation documents | 0.20 | $55.00 |
| 9/05/2017 | JLH | Telephone call from M. Viall Trust re 341 meeting of creditors | 0.10 | $27.50 |
| 9/06/2017 | JLH | Prepare for 341 meeting | 0.50 | $137.50 |
| 9/06/2017 | PL | Respond to client email re meeting of creditors | 0.10 | $15.00 |
| 9/07/2017 | JLH | Attendance at meeting of creditors | 0.70 | $192.50 |

| | | | | |
|---|---|---|---|---|
| | Sub Total: Meeting of Creditors | | | $482.50 |

**Plan and Disclosure Statement**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 9/08/2017 | JLH | Attention to plan deadlines and exclusivity issues | 0.20 | $55.00 |
| 9/26/2017 | JLH | Attention to exclusivity extension issues | 0.20 | $55.00 |
| 10/03/2017 | JLH | Email to client re plan projections | 0.10 | $27.50 |
| 10/03/2017 | JLH | Work on small business plan | 1.00 | $275.00 |
| 10/05/2017 | JLH | Attention to exclusivity extension issues | 0.20 | $55.00 |
| 10/09/2017 | JLH | Attention to exclusivity extension issues | 0.20 | $55.00 |
| 10/09/2017 | PL | Drafting of motion to extend exclusivity | 1.00 | $150.00 |
| 10/10/2017 | JLH | Review exclusivity extension draft motion | 0.20 | $55.00 |
| 10/20/2017 | JLH | Attention to exclusivity extension pleadings | 0.20 | $55.00 |
| 10/31/2017 | JLH | Edit exclusivity extension motion/order | 0.40 | $110.00 |
| 10/31/2017 | PL | Work on motion to extend exclusivity; review updated rules; provide additional information for motion | 0.50 | $75.00 |
| 11/17/2017 | JLH | Telephone call to client re plan options | 0.40 | $110.00 |
| 11/28/2017 | JLH | Attention to exclusivity extension issues | 0.20 | $55.00 |

| | | | | |
|---|---|---|---|---|
| | Sub Total: Plan and Disclosure Statement | | | $1,132.50 |
| | For Professional Services Rendered | | 87.90 | $19,167.50 |

*Expenses*

| | |
|---|---|
| Copies | $492.60 |
| Postage | $163.30 |
| U.S. Bankruptcy Court filing fee(s) | $124.00 |
| Total Expenses | $779.90 |
| Total Amount of This Invoice | $19,947.40 |
| Previous Balance | $0.00 |
| Balance Due | $19,947.40 |

Phase Table

| Category | Hours | Fees |
|---|---|---|
| Asset Disposition | 8.10 | $1,965.00 |
| Business Operations | 2.90 | $647.50 |
| Case Administration | 39.60 | $7,652.50 |
| Claims Administration and Objections | 7.40 | $1,897.50 |
| Expense | 0.00 | $0.00 |
| Employee Benefits/Pensions | 0.60 | $135.00 |
| Fee/Employment Applications | 4.40 | $860.00 |
| Financing | 18.30 | $4,395.00 |
| Meeting of Creditors | 1.80 | $482.50 |
| Plan and Disclosure Statement | 4.80 | $1,132.50 |

Professional Summary

| Initials | Professional Name | Hours | Rate | Fees |
|---|---|---|---|---|
| HT | Heather Thacker | 0.30 | $175.00 | $52.50 |
| JLH | Jamie L. Harris | 47.80 | $275.00 | $13,145.00 |
| PL | Pam Lickert | 37.00 | $150.00 | $5,550.00 |
| TC | Tresine Callahan | 2.80 | $150.00 | $420.00 |

| | |
|---|---|
| Previous Balance of Escrow | $0.00 |
| 8/10/2017  Deposit | $11,911.90 |
| 10/06/2017  Deposit | $2,000.00 |
| 11/10/2017  Deposit | $2,000.00 |
| Balance of Escrow | $15,911.90 |